THE HONORABLE MARY K. DIMKE

MICHAEL E. McFARLAND, JR., #23000
CHRISTOPHER J. KERLEY, #16489
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite #250, Spokane, WA 99201
P: (509) 455-5200 | F: (509) 455-3632

*Attorneys for Defendant Lincoln County.*

## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACHELLE MALLON, Individually and as the Administrator of the Estate of Luke Mallon; **GEOFFREY D. SWINDLER**, Guardian Ad Litem for **RM1** Minor Child, **RM2** Minor Child,<br><br>Plaintiffs,<br><br>vs.<br><br>**LINCOLN COUNTY** and **LINCOLN COUNTY SHERIFF GABE GANTS.**<br><br>Defendant. | Cause No. **2:24-cv-00147-MKD**<br><br>**DEFENDANTS' LINCOLN COUNTY'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXLUDE THE TESTIMONY OF VIRGINIA GLEASON** |

### I.   INTRODUCTION

Defendants Lincoln County and Lincoln County Sheriff Gabe Gants respectfully submits this Reply in further support of its Motion to Exclude the Testimony of Virginia Gleason. In their Opposition, Plaintiff attempts to recharacterize Ms. Gleason's testimony as a mere explanation of Human

DEFENDANTS' LINCOLN COUNTY'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXLUDE THE TESTIMONY OF VIRGINIA GLEASON – Page 1



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside Ave., Suite #250,
Spokane, WA 99201-0910
Phone: (509) 455-5200 | Fax: (509) 455-3632

Resources "best practices." However, the plain language of her report proves otherwise.

Ms. Gleason—a licensed attorney—does not stop at describing industry standards; she proceeds to interpret the Americans with Disabilities Act (ADA) and the Washington Law Against Discrimination (WLAD), defines the "requirements" those laws "trigger," and then issues a final verdict that the County "failed" to meet those legal mandates.

## II. LAW AND ARGUMENT

**A.   The Court should exclude Ms. Gleason's testimony, as it consists of inadmissible legal conclusions masquerading as expert opinion**

Plaintiff attempts to disguise Ms. Gleason's legal conclusions as mere testimony regarding "best practices." However, her report moves far beyond industry standards and into the realm of statutory interpretation. Ms. Gleason asserts that the fitness for duty process used Lincoln County Sheriff's office "did not follow best practices, state or federal requirements." By declaring that the County failed to meet legal "requirements," Ms. Gleason is not offering an expert opinion about "best practices" she is offering a legal conclusion that the County violated the law. While an expert may testify regarding industry standards, they are strictly prohibited from declaring whether a party's conduct satisfied a legal mandate.

Furthermore, Ms. Gleason's attempts to define the Defendant's legal obligations by stating that the "existence of a disability triggers a requirement for

**DEFENDANTS' LINCOLN COUNTY'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXLUDE THE TESTIMONY OF VIRGINIA GLEASON** – Page 2



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside Ave., Suite #250,
Spokane, WA 99201-0910
Phone: (509) 455-5200 | Fax: (509) 455-3632

the employer to engage in an interactive process." She then concludes that the LCSO "fails in this process in several respects." These statements are inadmissible because if results in the invasion of the Jury's role. *Hangarter v. Provident Life & Acc. Ins. Co.*, 373 F.3d 998, 1016 (9th Cir. 2004). By stating the County "failed" its legal obligations, Ms. Gleason is offering an "ultimate issue" conclusion. Rather than providing the jury with technical or specialized knowledge to help them understand the facts, she is simply directing them on how to decide the case.

Because these conclusions do not assist the trier of fact but instead attempt to dictate the legal outcome, they must be excluded.

**B.    Ms. Gleason' HR Background does not Cure the Inadmissibility of her Legal Conclusion.**

Ms. Gleason is not merely testifying to industry "custom and practice." As an attorney, her opinions on whether certain actions "violated the law" or "constituted discrimination" are not factual observations—they are legal dictates wrapped in the guise of expert testimony.

When an HR expert who is also an attorney tells a jury that an employer "failed" a "triggered requirement," the jury is unable to distinguish between a "best practice" and a "legal violation." This creates an unacceptable risk that the jury will simply adopt her legal conclusions as their own, rather than performing their fact-finding duty.

Her status as an attorney accentuates the fact that she is providing an unauthorized "closing argument" from the witness chair. Allowing another

DEFENDANTS' LINCOLN COUNTY'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXLUDE THE TESTIMONY OF VIRGINIA GLEASON – Page 3

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside Ave., Suite #250,
Spokane, WA 99201-0910
Phone: (509) 455-5200 | Fax: (509) 455-3632

attorney to interpret the WLAD or federal law for the jury is a bridge too far and must be excluded.

### III. CONCLUSION

For the foregoing reasons, Defendants Lincoln County and Lincoln County Sheriff Gabe Gants respectfully requests that this Court grant its Motion to Exclude the Testimony of Ms. Gleason.

**DATED** this 8th day of January, 2026.

    **EVANS, CRAVEN & LACKIE, P.S.**

    /s/Christopher J. Kerley
    **CHRISTOPHER J. KERLEY, #16489**
    **MICHAEL E. MCFARLAND, JR. #23000**
    *Attorney for Defendant Lincoln County*
    818 W. Riverside Ave., Suite #250, Spokane, WA 99201
    P: (509) 455-5200 | F: (509) 455-3632
    E: Ckerley@ecl-law.com
    E: mmcfarland@ecl-law.com

**DEFENDANTS' LINCOLN COUNTY'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXLUDE THE TESTIMONY OF VIRGINIA GLEASON** – Page 4



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside Ave., Suite #250,
Spokane, WA 99201-0910
Phone: (509) 455-5200 | Fax: (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**<u>Counsel for Plaintiffs</u>**
Lance King
Email:     lking@lancekinglaw.com

Ovidio Oviedo, Jr.
Email:     jro@oviedolawgroup.com
Email:     Oviedolawoffice@oviedolawgroup.com

**<u>Guardian Ad Litem</u>**
Geoffrey Swindler
Email:     gds@swindlerlaw.com

/s/Christopher J. Kerley
**CHRISTOPHER J. KERLEY, #16489**
**MICHAEL E. MCFARLAND, JR. #23000**
*Attorney for Defendant Lincoln County*
818 W. Riverside Ave., Suite #250, Spokane, WA 99201
P: (509) 455-5200 | F: (509) 455-3632
E: Ckerley@ecl-law.com
E: mmcfarland@ecl-law.com

**DEFENDANTS' LINCOLN COUNTY'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXLUDE THE TESTIMONY OF VIRGINIA GLEASON** – Page 5

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside Ave., Suite #250,
Spokane, WA 99201-0910
Phone: (509) 455-5200 | Fax: (509) 455-3632